UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:25–cv–11454–MWF–PVC          Date        March 2, 2026

Title    ROSARIO CAROLIN GONZALEZ LEMUS V. HOME DEPOT U.S.A., INC. ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|   Rita Sanchez   |        Not Reported;        |
|------------------|-----------------------------|
| Courtroom Deputy | Court Reporter              |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
None Present                                   None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed February 27, 2026, the Court sets a hearing on Order To Show Cause Re Dismissal for April 14, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk:   smom